FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2005

at \_\_ o'clock and \_\_ min. \_\_ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOSE SIERRA**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 1:00CR00467-001<br>USM Number: 87966-022<br><br>**William M. Domingo**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of Special Conditions 2 & 5, General Condition, Standard Conditions 3 & 6, and Hawaii Revised Statutes § 710-1010 of the term of supervision.

[ ] was found in violation of condition(s) \_\_\_\_\_ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) \_\_\_\_\_ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **0310**

Defendant's Residence Address:
**Honolulu, Hawaii**

Defendant's Mailing Address:
**Honolulu, Hawaii**

November 23, 2005
Date of Imposition of Sentence

_/s/_ Signature of Judicial Officer

**HELEN GILLMOR**, United States District Judge
Name & Title of Judicial Officer

12·4·05
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:00CR00467-001
DEFENDANT: JOSE SIERRA

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | That on 9/23/2005, the offender refused to comply with drug testing at the Drug Addiction Services of Hawaii, Inc. | |
| 2 | That on 9/26/2005, the offender admitted using crack cocaine prior to 9/26/2005 | |
| 3 | That on 9/26/2005, the offender failed to report to the Probation Office as instructed on 9/26/2005 | |
| 4 | The offender failed to notify the Probation Office 10 days prior to any change in residence or employment | |
| 5 | That on 11/17/2005, the offender was convicted for Obstructing Government Operation, in District Court of the First Circuit | |
| 6 | That on 11/13/2005, the defendant entered the "Operation Weed and Seed" target area, when he was arrested by the Honolulu Police Department for Obstructing Government Operation | |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00467-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | JOSE SIERRA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 22 MONTHS .

[✔]  The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in drug treatment, educational and vocational training programs.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


                                                        _____
                                                        UNITED STATES MARSHAL

                                                    By  _____
                                                        Deputy U.S. Marshal